IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERT FUENTES,

    Petitioner,                   No. CIV S-09-3396 MCE KJM P

    vs.

MICHAEL S. EVANS,

    Respondent.                <u>ORDER</u>

                              /

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed.  Respondent does not oppose dismissal.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 30, 2010.

                                         U.S. MAGISTRATE JUDGE

2
fuen3396.59